ELLA N. SEINIGER, as Executrix of SAMUEL SEINIGER, Deceased, and CHARLES SCHIMMER, Respondents, v. THEODORE HOFFACKER and ELLA DeVELLIER, Copartners, Doing Business under the Firm Name and Style of THEODORE HOFFACKER & COMPANY, Appellants.— Judgment affirmed, with costs. No opinion. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Kapper, J., dissent upon the following grounds: (1) The proof does not show that defendants had obligated themselves to plaintiffs; (2) all the terms of a binding contract had not been arranged.

THATFORD SASH AND DOOR CORPORATION, Respondent, v. KINGSBORO MORTGAGE CORPORATION, Appellant.— Judgment and orders reversed on the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that it was error to admit proof of defendant's purchase of the property on the subsequent foreclosure (fol. 519). Lazansky, P. J., Hagarty and Tompkins, JJ., concur; Young and Kapper, JJ., dissent and vote to affirm.

ELIZABETH THIEMSEN, Respondent, v. HARRY C. FISHER, Appellant.— Order denying motion to vacate inquest and judgment reversed on the law and the facts, without costs, and motion granted, without costs. We are of opinion that appellant's default was due to no fault of his and that he should be given an opportunity to defend the action. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

FRED WELLS, Respondent, v. RAY H. ARNOLD, Appellant.— Order denying defendant's motion to strike case from the Trial Term calendar affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ERIT REALTY CORPORATION, Appellant, v. SEA GATE ASSOCIATION, Respondent. (Beach Action.) — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.